**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Albert Nieves v. State of Texas

Appellate case number:     01-14-00294-CR

Trial court case number:   1392793

Trial court:                      179th District Court of Harris County

Counsel for appellant filed a brief on January 20, 2015 that contains sensitive information as defined by Tex. R. App. P. 9.10(a)(3). Specifically, the brief identifies by name a minor victim of sexual assault.

We **STRIKE** the brief. Counsel is **ORDERED** to refile, within 10 days of the date of this order, a compliant brief containing appropriate redactions and use of aliases.

It is so ORDERED.

Judge's signature: /s/ Sherry Radack
                           ☑ Acting individually     ☐ Acting for the Court

Date: June 9, 2015